IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

UNITED STATES OF AMERICA

           Plaintiff

    -vs-

ALEX C. GREEN

           Defendant

: CASE NO. 4:10 CR 401
:
:
:
:
:
: ORDER ACCEPTING PLEA AGREEMENT
: AND JUDGMENT AND NOTICE OF
: HEARING
:

---

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Greg White regarding the change of plea hearing and plea agreement of Alex C. Green which was referred to the Magistrate Judge with the consent of the parties.

    On 16 September 2010, the government filed a one-count indictment against Alex C. Green for felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). On 6 October 2010, a hearing was held in which Alex C. Green entered a plea of not guilty before Magistrate Judge George J. Limbert. On 24 November 2010, Magistrate Judge White received Alex C. Green's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Alex C. Green is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Alex C. Green is adjudged guilty of Count One in violation of 18 U.S.C. § 922(g)(1).

Sentencing will be:

**8 February 2011 at 10:30 a.m.**

**Courtroom 16-B**
**16th Floor, United States District Court**
**801 West Superior Avenue**
**Cleveland, Ohio 44113**

IT IS SO ORDERED.

Dated: 2/1/2011

UNITED STATES DISTRICT JUDGE